# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KLAYMAN et al.,                              )
                                             )
        Plaintiffs,              )
                                             )
        v.                       )       **Civil Action No. 13-0851 (RJL)**
                                             )
OBAMA et al.,                                )       **FILED**
                                             )
        Defendants.              )       **NOV 0 9 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
(November __9__, 2015)

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that plaintiffs' Renewed Motion for Preliminary Injunction [Dkt.

#149] is **GRANTED** as to plaintiffs J.J. Little and J.J. Little & Associates, P.C. and

**DENIED** as to plaintiffs Larry Klayman, Charles Strange, and Mary Ann Strange; it is

further

**ORDERED** that the Government:

      (1) is barred from collecting, as part of the NSA's Bulk Telephony

          Metadata Program, any telephony metadata associated with J.J. Little

          and J.J. Little & Associates, P.C. Verizon Business Network Services

          telephone subscriptions; and

(2) must segregate out all such metadata already collected from any future

searches of its metadata database.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge